LIONEL Z. GLANCY #134180
PETER A. BINKOW #173848
MICHAEL GOLDBERG #188669
GLANCY & BINKOW LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

DENNIS J. JOHNSON, *pro hac vice*
JACOB B. PERKINSON, *pro hac vice*
ROBIN A. FREEMAN, *pro hac vice*
JOHNSON & PERKINSON
1690 Williston Road
South Burlington, Vermont 05403
Telephone: (802) 862-0030
Facsimile: (802) 862-0060

SANDY A. LIEBHARD
JOSEPH R. SEIDMAN, JR.
BERNSTEIN LIEBHARD & LIFSHITZ, LLP
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| In re VAXGEN SECURITIES LITIGATION | Master File No. C-03-1129-JSW |
| | **CLASS ACTION** |
| This Document Relates to: | |
| ALL ACTIONS | Date: September 19, 2003<br>Time: 9:00 a.m.<br>Hon. Jeffrey S. White |

**DECLARATION OF PMI TRADING, LLC IN SUPPORT
OF THE COPPAGE/STANLEY GROUP=S MOTION
SEEKING APPOINTMENT AS LEAD PLAINTIFF**

I, DENNIS L. OLDS, declare under penalty of perjury:

1. I am the President of PMI Trading, LLC.

2. PMI Trading, LLC is a registered investment adviser located in Westwood, California and was a member of the Coppage Group.

3. I have had multiple conversations, occurring both before and after the filing of the original Coppage Group lead plaintiff motion, with proposed lead counsel Johnson & Perkinson concerning PMI Trading, LLC=s motion for appointment as lead plaintiff, the meaning and importance of the motions of other plaintiffs seeking appointment as lead plaintiff, and the manner in which a lead plaintiff is selected in a securities fraud case.

4. PMI Trading, LLC has consented to the formation of the Coppage/Stanley Group, as it currently exists.

5. PMI Trading, LLC supports the motion of the Coppage/Stanley Group for appointment as lead plaintiff and believes that the Coppage/Stanley Group would best represent the entire interests of the proposed Class in this litigation.

6. PMI Trading, LLC supports the re-organization of the lead plaintiff movants based upon its understanding that the current Coppage/Stanley Group, with its greater financial interest, stands a greater chance of being appointed as a lead plaintiff and that it is beneficial to the Class to maintain the size of the Group at three members.

7. PMI Trading, LLC withdraws itself from consideration as a lead plaintiff based upon its understanding that it will be kept apprized of the status of the litigation and its belief that

-1-

1
2 the interests of the entire Class are best served by the members of the Coppage/Stanley Group.
3     I declare under penalty of perjury that the foregoing is true and correct. Executed this
4 17TH day of September, 2003 at Westwood, California.
5
6
7                                   DAVID L. OLDS
8                                   President, PMI Trading, LLC
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-