COOLEY GODWARD LLP
WILLIAM S. FREEMAN (82002)
NEAL J. STEPHENS (152071)
LINDA J. BREWER (217730)
MARY BETH O'CONNOR (228591)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendants
LANCE K. GORDON, DONALD P. FRANCIS and
VAXGEN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE VAXGEN, INC. SECURITIES LITIGATION <br><br> This Document Relates to: <br> ALL ACTIONS | Case No.  C-03-1129 JSW <br><br> CLASS ACTION <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE** <br><br> Hearing Date: September 24, 2004 <br> Time: 9:00 a.m. <br> Courtroom: Hon. Jeffrey S. White <br><br> Trial Date: Not yet set |

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

1.

[PROPOSED]ORDER GRANTING DEFS' MOTION
TO DISMISS AND REQ. FOR JUDICIAL NOTICE
C-03-1129 JSW

The motion of defendants Lance K. Gordon, Donald P. Francis and VaxGen, Inc. (the "Defendants") to dismiss Plaintiff's Consolidated Amended Class Action Complaint for Violations of Federal Securities Laws (the "Complaint") was heard on September 24, 2004, at 9:00 a.m. in this Court. Counsel for Defendants and for Plaintiff were in attendance and presented oral arguments. Having considered the parties' papers filed in support of and in opposition to the motion, oral argument, and other pleadings and papers on file herein, the Court finds as follows:

1. With respect to the first claim for relief for violation of § 10(b) of the Securities Exchange Act of 1934, Plaintiff fails to plead with the required particularity which statements were false or that statements attributed to the Defendants were false at the time they were made. Plaintiff also fails to allege facts giving rise to a strong inference that any of the Defendants possessed the requisite state of mind.

2. With respect to the second claim for relief for violation of § 20(a) of the Securities Exchange Act of 1934, Plaintiff fails to plead adequately that individual Defendants Gordon and Francis are liable as control persons.

3. In view of the arguments presented by the parties, any amendment to the Complaint would be futile.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss is **GRANTED**, and the Complaint is dismissed without leave to amend. The Court also **GRANTS** Defendants' Request for Judicial Notice as to Exhibits A-K to the Declaration of William S. Freeman pursuant to Federal Rule of Evidence 201.

**IT IS SO ORDERED.**

Dated: _____, 2004

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

681096 v1/PA
#LJC01!.DOC

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

2.

[PROPOSED]ORDER GRANTING DEFS' MOTION
TO DISMISS AND REQ. FOR JUDICIAL NOTICE
C03-1129 JSW