IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**IN RE VAXGEN, INC. SECURITIES LITIGATION**

No. C 03-01129 JSW

This document relates to:

**ORDER OF DISMISSAL**

All Actions
_____/

On March 30, 2005, this Court issued an Order granting Defendants' motion to dismiss Plaintiff's Consolidated Amended Class Action Complaint with leave to amend. The Court ordered Plaintiffs to file their amended complaint, if any, within thirty days of the date of the Court's Order, or April 29, 2005, and also stated that if Plaintiffs did not file an amended complaint within time frame, the case would be dismissed.

Plaintiffs have not filed an amended complaint within the time period ordered by the Court. Accordingly, the Court HEREBY DISMISSES this case and the consolidated actions. This Order terminates civil cases 03-1129, 03-1203, 03-1264, 03-1266, 03-1295, 03-1305, 03-1338, 03-1447, 03-1571, 03-1801, 03-1825, 03-2142 and 03-2249, and the Clerk is directed to close these files.

**IT IS SO ORDERED.**

Dated: May 2, 2005

/s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE